United States District Court
Southern District of Texas
**ENTERED**
August 13, 2024
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS
### BROWNSVILLE DIVISION

| | |
|---|---|
| EDWARDO GARCIA, JR., § <br> "Plaintiff," § <br> § <br> v. § <br> § <br> JOSE SANTOS CANTU, ET. AL., § <br> "Defendants." § | Civil Action No. 1:24-cv-00033 |

## ORDER

Before the Court is Plaintiff's "Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i)" (Dkt. No. 18). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff's claims against Defendants are **DISMISSED without prejudice**. The parties will bear their own attorney's fees, expenses, and costs of the Court. The Clerk of the Court is **ORDERED** to close this case.

Signed on August 13, 2024.

_____
Rolando Olvera
United States District Judge